UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HOANG PHAM (#277377)

VERSUS

TERRY TERRELL, ET AL

CIVIL ACTION

NUMBER 10-153-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be dismissed, with prejudice, as procedurally barred.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 18, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46754