UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HOANG PHAM (#277377)

VERSUS

TERRY TERRELL, ET AL

CIVIL ACTION

NUMBER 10-153-FJP-SCR

JUDGMENT

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, dismissing the petitioner's application for habeas corpus relief, with prejudice, as procedurally barred.

Baton Rouge, Louisiana, May __18__, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46754